**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01048-CR

**GEORGE EVANS TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-63208-N**

## ORDER

The Court **GRANTS** the State's February 20, 2015 motion to extend time to file its brief.

We **ORDER** the State's brief received on February 20, 2015 filed as of the date of this order.


/s/     LANA MYERS
         JUSTICE